# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| KIMBERLY GAMBINO | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-00170-GNS ) ) |
| CUMBERLAND FAMILY MEDICAL CENTER, INC. | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff, Kimberly Gambino, and Defendant, Cumberland Family Medical Center Inc., by counsel, and file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is hereby stipulated and agreed to by and between the parties that the above-styled action is voluntary dismissed, with prejudice, against Defendant, Cumberland Family Medical Center, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party is to bear their own attorney's fees and costs.

Dated this the 14th day of November, 2023.

*Counsel for Plaintiff:*

/s/Sarah E. Guffey (w/permission)
Sarah E. Guffey, #36230-29 (pro hac vice)
Biesecker Dutkanych & Macer, LLC
144 N Delaware Street
Indianapolis, IN 46204
sguffey@bdlegal.com

*Counsel for Defendant:*

/s/ Jason R. Hollon
Jason R. Hollon (KBA Bar No. 96148)
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
jhollon@mcbrayerfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of November, 2023, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Jason R. Hollon*
                                              JASON R. HOLLON

4887-8504-2320, v. 1